IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENARD PINKNEY, **Plaintiff,** | : : : | CIVIL ACTION |
| vs. | : : : | NO. 11-CV-5279 |
| MICHAEL J. ASTRUE, **Commissioner of Social Security,** **Defendant.** | : : : | |

**ORDER**

AND NOW, this ___14th___ day of ___June___, 2013, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is DENIED; and

3. Judgment ~~shall be~~ IS entered in this matter in favor of DEFENDANT.

BY THE COURT:

_/s/ Robert F. Kelly_
ROBERT F. KELLY,    J.